

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-22CR-046-Y |
| PRASHANT KUMAR KOLLIPARA (01) | |

MISDEMEANOR INFORMATION

The United States Attorney Charges:

Count One
Assault in the Special Aircraft Jurisdiction of the United States
(Violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1))

On or about January 30, 2019, in the Northern District of Texas and elsewhere, the defendant, **Prashant Kumar Kollipara**, while aboard an aircraft in the special aircraft jurisdiction of the United States, did assault T.H., a passenger on Southwest Airlines Flight 962, by touching T.H. in an unwanted and patently offensive manner while en route from Dallas Love Field to Hartsfield–Jackson Atlanta International Airport.

In violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1).

Count Two
Assault in the Special Aircraft Jurisdiction of the United States
(Violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1))

On or about January 30, 2019, in the Northern District of Texas and elsewhere, the defendant, **Prashant Kumar Kollipara**, while aboard an aircraft in the special aircraft jurisdiction of the United States, did assault C.G., a passenger on Southwest Airlines Flight 962, by touching C.G. in an unwanted and patently offensive manner while en route from Dallas Love Field to Hartsfield–Jackson Atlanta International Airport.

In violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1).

Count Three
Assault in the Special Aircraft Jurisdiction of the United States
(Violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1))

On or about September 26, 2021, in the Northern District of Texas and elsewhere, the defendant, **Prashant Kumar Kollipara**, while aboard an aircraft in the special aircraft jurisdiction of the United States, did assault D.J., a passenger on American Airlines Flight 1008, by touching D.J. in an unwanted and patently offensive manner while en route from Hartsfield–Jackson Atlanta International Airport to Dallas–Fort Worth International Airport.

In violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1).

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ signature/*

LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455